UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

v.

KEEVIN GREENE,

               Defendant.

_____/

Hon. Robert Holmes Bell

Case No. 1:15-cr-00130-RHB-2

## ORDER OF DETENTION

Defendant appeared before the undersigned on October 16, 2015, with appointed counsel for an arraignment, initial pretrial conference, and detention hearing on the Indictment charging him on charges of Cocaine Base Conspiracy, Distribution of Cocaine Base, and Possession of Cocaine Base with Intent to Distribute from 2014 to August of 2015.  The Court was informed at the time of the defendant's appearance that he was appearing while in the custody of the State of Michigan, and that he was not eligible for release on bond.  Therefore, IT IS HEREBY ORDERED that the defendant shall remain in custody; reserving the right to request a detention hearing at a later date should he be released from state custody.

IT IS SO ORDERED.

Date: October 16, 2015

                                             _/s/ Phillip J. Green_____
                                             PHILLIP J. GREEN
                                             United States Magistrate Judge